**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM THOMAS COATS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MUHAMMED CHAUDRI, et al.,<br><br>　　　　Defendants. | Case No.: 1:13-cv-02032-BAM PC<br><br>ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS, FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(ECF Nos. 1, 8, 9)<br><br>THIRTY-DAY DEADLINE |

　　　　Plaintiff William Thomas Coats ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On October 9, 2014, the Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, and found that it states a cognizable claim against Dr. Chaudhri and John Doe emergency medical staff at the prison for deliberate indifference to serious medical needs in violation of the Eighth Amendment, but did not state any other cognizable claims.  Fed. R. Civ. P. 8(a); _Ashcroft v. Iqbal_, 129 S. Ct. 1937, 1949 (2009); _Bell Atlantic Corp. v. Twombly_, 550 U.S. 544, 555 (2007).  Plaintiff was ordered to either file an amended complaint or notify the Court of his willingness to proceed on the cognizable claims.  (ECF No. 8.)

1

On October 27, 2014, Plaintiff filed a notice of his willingness to proceed on the cognizable claims. (ECF No. 9.)

At this time, the Court does not find service appropriate for Defendant John Does because the U. S. Marshal cannot serve a Doe Defendant.  Therefore, before the Court orders the U. S. Marshal to serve John Does, Plaintiff will be required to identify them with enough information to locate the defendants for service of process.  Once Plaintiff identifies the John Does for service, the Court will send Plaintiff the appropriate service documents.  However, if Plaintiff fails to identify the John Does during the course of this action, then they will be dismissed from this action.

Accordingly, it is HEREBY ORDERED that:

1. This action shall proceed on Plaintiff's complaint, which was filed on December 12, 2013, against Defendant Dr. Chaudhri and John Doe medical staff for deliberate indifference to serious medical needs.

2. All other federal claims and defendants are dismissed, with prejudice, based on Plaintiff's failure to state any claims upon which relief may be granted;

3. Service shall be initiated on the following defendant:

**Defendant Dr. Chaudhri**

4. The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed December 12, 2013;

5. Within thirty (30) days from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. One completed summons for each defendant listed above;

    b. One completed USM-285 form for each defendant listed above; and

    c. Two (2) copies of the endorsed complaint filed December 12, 2013.

6. Plaintiff need not attempt service on the defendant and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

7. Within one-hundred twenty (120) days from the date of this Order, Plaintiff shall provide the Court with written notice identifying Defendant John Does with enough information to locate the defendants for service of process

8. <u>The failure to comply with this order will result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated:   **November 3, 2014**            /s/ *Barbara A. McAuliffe*        _
                                                                        UNITED STATES MAGISTRATE JUDGE

3