UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM THOMAS COATS,<br><br>  Plaintiff,<br><br>  v.<br><br>MUHAMMED CHAUDHRI, et al.,<br><br>  Defendants.<br>_____/ | Case No. 1:13-cv-02032-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO AMEND<br>(ECF No. 17)<br><br>**ORDER TO RECAPTION CASE** |

Following screening pursuant to 28 U.S.C. § 1915A, this action proceeds against Defendants Dr. Muhammad Chaudhri and John Doe. Defendant Chaudhri answered the complaint on February 18, 2015. The answer indicated that Defendant Chaudhri was erroneously sued as "Muhammed Chaudhri." On March 2, 2015, Plaintiff filed a motion to correct the spelling of Defendant Chaudhri's name. (ECF No. 17.) Plaintiff's motion is HEREBY GRANTED, and the case shall be re-captioned. Accordingly, the Caption for this case shall be as follows:

///

///

1

WILLIAM THOMAS COATS,

      Plaintiff,

  v.

MUHAMMAD CHAUDHRI, et al.,

      Defendants.

_____/

Case No. 1:13-cv-02032-BAM

IT IS SO ORDERED.

   Dated:  **March 4, 2015**         /s/ Barbara A. McAuliffe
                                           UNITED STATES MAGISTRATE JUDGE