UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM THOMAS COATS,<br><br>    Plaintiff,<br><br>    v.<br><br>MUHAMMAD CHAUDHRI, et al.,<br><br>    Defendants.<br>_____ / | Case No. 1:13-cv-02032-BAM (PC)<br><br>ORDER DISREGARDING PLAINTIFF'S OBJECTIONS TO DEFENDANT'S DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE<br>(ECF No. 21) |

    Following screening pursuant to 28 U.S.C. § 1915A, this action proceeds against Defendants Dr. Muhammad Chaudhri and John Doe. Defendant Chaudhri answered the complaint on February 18, 2015. On Febraury 19, 2015, the Court ordered Defendant Chaudhri to submit his consent or decline to the jurisdiction of a United States Magistrate Judge within 30 days. (ECF No. 14.)

    On March 26, 2015, Defendant Chaudhri filed his decline to the jurisdiction of a United States Magistrate Judge. (ECF No. 19.) On April 8, 2015, Plaintiff objected to the "late and delayed filing" of Defendant Chaudhri's decline. (ECF No. 21, p. 1.)

    The timeliness of Defendant Chaudhri's decline has no effect on the orderly process of this action. Accordingly, Plaintiff's objections are HEREBY DISREGARDED.

IT IS SO ORDERED.

    Dated:   **April 10, 2015**                 /s/ *Barbara A. McAuliffe*
                                                           UNITED STATES MAGISTRATE JUDGE