# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM THOMAS COATS,<br><br>    Plaintiff,<br><br>    v.<br><br>MUHAMMAD CHAUDHRI, et al.<br><br>    Defendants. | Case No. 1:13-cv-02032-AWI-BAM (PC)<br><br>ORDER TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 31)<br><br>**THIRTY (30) DAY DEADLINE** |

William Thomas Coats ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983. This action currently proceeds on Plaintiff's complaint filed on December 12, 2013 against Defendants Chaudhri and John Doe medical staff for deliberate indifference to serious medical needs. (ECF No. 10.)

On November 10, 2016, Defendant Chaudhri filed a motion for summary judgment. (ECF No. 31.) Plaintiff was provided with notice of the requirements for opposing that motion. *Woods v. Carey*, 684 F.3d 934 (9th Cir.2012); *Rand v. Rowland*, 154 F.3d 952, 957 (9th Cir.1988); *Klingele v. Eikenberry*, 849 F.2d 409, 411–12 (9th Cir.1988). (ECF No. 31-6 at p. 1.) Plaintiff's opposition was due within twenty-one (21) days of service of Defendant Chaudhri's motion. More than thirty (30) days have passed since the motion for summary judgment was filed, but Plaintiff has not filed any opposition or statement of non-opposition to the motion, nor has Plaintiff made any other communications with the Court.

Under Local Rule 230(l), the Court HEREBY ORDERS Plaintiff to file an opposition or statement of non-opposition to Defendant Chaudhri's motion for summary judgment within **thirty (30) days** of service of this order. **Plaintiff is warned that the failure to comply with this order may result in dismissal of this action, with prejudice, for failure to prosecute and failure to obey a court order.**

IT IS SO ORDERED.

Dated: **December 12, 2016**        /s/ *Barbara A. McAuliffe*
                                     UNITED STATES MAGISTRATE JUDGE

2