# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM THOMAS COATS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MUHAMMAD CHAUDHRI, et al.,<br><br>　　　　　Defendants. | Case No. 1:13-cv-02032-AWI-BAM (PC)<br><br>ORDER TO SHOW CAUSE WHY DOE DEFENDANTS SHOULD NOT BE DISMISSED<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

　　　　Plaintiff William Thomas Coats ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in the civil rights action under 42 U.S.C. § 1983.

　　　　On November 3, 2014, the Court found that Plaintiff's complaint stated a cognizable claim against Defendant Dr. Chaudhri and John Doe emergency medical staff at the prison for deliberate indifference to serious medical needs in violation of the Eighth Amendment.[1] The Court ordered service of the complaint on Defendant Dr. Chaudhri, but notified Plaintiff that service on the doe defendants was not appropriate because the United States Marshal could not serve a doe defendant. The Court therefore ordered Plaintiff to provide the Court with written notice identifying the doe defendants with enough information to locate them for service of

---

[1] All other claims and defendants were dismissed from this action. (ECF No. 10.) By separate order, the Court has issued findings and recommendations that Defendant Chaudhri's motion for summary judgment be granted. (ECF No. 45.)

1

process within one-hundred twenty (120) days.  (ECF No. 10.)  Plaintiff failed to provide written notice to the Court identifying the doe defendants within the specified time limit.

Accordingly, within **twenty-one (21) days** from the date of service of this order, Plaintiff shall show cause why the doe defendants should not be dismissed from this action.  Plaintiff may comply with this order by providing sufficient information for the United States Marshal to identify and locate the doe defendants for service of process.  Plaintiff's failure to respond to this order will result in dismissal of the Doe Defendants.

IT IS SO ORDERED.

Dated:  **September 12, 2017**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE