# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM THOMAS COATS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MUHAMMAD CHAUDHRI, et al.,<br><br>　　　　　Defendants. | No. 1:13-cv-02032-AWI-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT BE GRANTED<br><br>(ECF Nos. 31, 45) |

Plaintiff William Thomas Coats ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds against Defendants Dr. Muhammad Chaudhri and John Doe emergency medical staff for deliberate indifference to serious medical needs in violation of the Eighth Amendment.[1]

On September 5, 2017, the Magistrate Judge issued findings and recommendations recommending that Defendant Chaudhri's motion for summary judgment be granted. (ECF No. 45.) Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (Id. at p. 16.) On September 21, 2017, Plaintiff timely filed objections. (ECF No. 48.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of this case. The court has reviewed Plaintiff's objections, but finds no basis warranting rejection of the Magistrate Judge's findings and recommendations. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

---

[1] By separate order, the Court has directed Plaintiff to show cause why the doe defendants should not be dismissed from this action. (ECF No. 46.) Plaintiff responded to that order on September 21, 2017. (ECF No. 47.)

1

Accordingly, IT IS HEREBY ORDERED that:

1. The September 11, 2017 findings and recommendations (ECF No. 45), are adopted in full;
2. Defendant Chaudhri's motion for summary judgment (ECF No. 31) is granted;
3. Judgment shall be entered in favor of Defendant Chaudhri and against Plaintiff William Thomas Coats; and
4. This matter is referred back to the Magistrate Judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: September 21, 2017

SENIOR DISTRICT JUDGE