# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM THOMAS COATS,<br><br>    Plaintiff,<br><br>    v.<br><br>MUHAMMAD CHAUDHRI, et al,<br><br>    Defendants. | Case No. 1:13-cv-02032-AWI-BAM (PC)<br><br>ORDER REGARDING PLAINTIFF'S LETTER TO COURT REGARDING MAIL<br><br>(ECF No. 60) |

Plaintiff William Thomas Coats ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 4, 2018, Plaintiff filed a letter to the Court indicating that it had come to his attention that some form of legal mail or legal correspondence had been returned stating that Plaintiff had refused delivery of said item. Plaintiff was not informed of the sending court or attorney, and therefore he is contacting all of his open and pending legal matters to find out what mail was returned. (ECF No. 60.)

By this order, Plaintiff is informed that no mail sent to Plaintiff has been returned as refused in the instant action.

IT IS SO ORDERED.

Dated: **January 10, 2018**          /s/ Barbara A. McAuliffe
                                                         UNITED STATES MAGISTRATE JUDGE

1