# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM THOMAS COATS, <br><br> Plaintiff, <br><br> v. <br><br> CHAUDHRI, et al., <br><br> Defendants. | Case No. 1:13-cv-02032-AWI-BAM (PC) <br><br> ORDER REQUIRING DEFENDANT FAIRCHILD TO SHOW CAUSE WITHIN THIRTY DAYS WHY DEFAULT SHOULD NOT BE ENTERED <br><br> (ECF No. 74) <br><br> **THIRTY (30) DAY DEADLINE** |

Plaintiff William Thomas Coats ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. Plaintiff initiated this action on December 12, 2013. Following screening of the complaint, the Court found that Plaintiff stated claims against John Doe emergency medical staff at the prison for deliberate indifference to serious medical needs in violation of the Eighth Amendment. (ECF No. 10.) On September 21, 2017, Plaintiff identified the John and Jane Doe Defendants as: RN Fairchild, RN A. Gundran, RN Gladden, Dr. Nguyen, and Dr. Convalecer. (ECF No. 47.) The Court ordered the United States Marshal to initiate service of process on these defendants on November 6, 2017. (ECF No. 57.)

On November 13, 2017, the Marshal mailed waivers of service of summons to all Defendants. On January 11, 2018, the Marshal filed executed waivers of service for Defendants Gladden and Nguyen. (ECF No. 65.) The Marshal filed returns of service unexecuted as to

1

Defendants Convalecer and Gundran, (ECF Nos. 63, 64), and on February 12, 2018, the Court ordered the Marshal to attempt re-service on these defendants, (ECF No. 70).

On January 12, 2018, Defendants Gladden and Nguyen timely filed a motion for more definite statement. (ECF No. 66.) Defendants Convalecer and Gundran joined in the motion on March 23, 2018, (ECF No. 71), and waivers of service were returned for these defendants shortly thereafter, (ECF No. 72).

On June 1, 2018, a waiver of service was returned for Defendant Fairchild, signed by counsel John C. Bridges. (ECF No. 74.) As noted above, the waiver was mailed to Defendant Fairchild on November 13, 2017 together with the waivers for the other defendants. Pursuant to Federal Rule of Civil Procedure 4(d)(3), Defendant Fairchild's answer or response to the complaint was due on or before January 12, 2018. As of the date of this order, Defendant Fairchild has not attempted to join in the pending motions for more definite statement filed by the remaining defendants, responded to the complaint, or otherwise communicated with the Court.

Accordingly, it is HEREBY ORDERED that within **thirty (30) days** from the date of service of this order, Defendant Fairchild shall show cause why default should not be entered against her.

IT IS SO ORDERED.

Dated: __June 14, 2018__          /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE