# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM THOMAS COATS,<br><br>Plaintiff,<br><br>v.<br><br>CHAUDHRI, et al.,<br><br>Defendants. | Case No. 1:13-cv-02032-AWI-BAM (PC)<br><br>ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO PROSECUTE<br><br>(ECF No. 78)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff William Thomas Coats ("Plaintiff") is a state prisoner proceeding *pro se* and i*n forma pauperis* in this civil rights action under 42 U.S.C. § 1983. This action proceeds against Defendants Fairchild, Gundran, Gladden, Nguyen, and Convalecer for deliberate indifference to serious medical needs in violation of the Eighth Amendment.

On July 10, 2018, the Court granted Defendants' motions for more definite statement and directed Plaintiff to file a first amended complaint clarifying the allegations in the original complaint regarding the Defendants, within **thirty (30) days** from the date of service of that order. (ECF No. 78.) The deadline for Plaintiff to file a first amended complaint has expired, and he has not complied with the Court's order or otherwise communicated with the Court.

Accordingly, the Court HEREBY ORDERS that Plaintiff shall show cause in writing, within **twenty-one (21) days** of service of this order, why this action should not be dismissed for Plaintiff's failure to comply with the Court's order and for failure to prosecute. Plaintiff can

1

comply with this order to show cause by filing a first amended complaint which complies with the Court's July 10, 2018 order.  **The failure to respond to this order will result in the dismissal of this action, with prejudice, for failure to obey a court order and failure to prosecute.**

IT IS SO ORDERED.

Dated:  **August 20, 2018**                                    /s/ *Barbara A. McAuliffe*
                                                                                 UNITED STATES MAGISTRATE JUDGE